UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-31916 |
| Brian Paul Kandefer | ) | |
| Rochelle Marie Kandefer | ) | Chapter: 13 |
| aka Rochelle Marie Nasello | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

**Order Granting Motion to Modify Automatic Stay**

This matter coming to be heard on the Motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT for Relief from Stay due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified to permit U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT to pursue its non-bankruptcy remedies with respect to the property located at 404 W. Boxwood Court, Round Lake, IL 60073. In rem remedies only.

2. The stay under Fed. R. Bankr. P. 4001(a)(3) does not apply, and this order is effective immediately.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: October 29, 2021

**Prepared by:**

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com